1  ARTHUR W. CURLEY, ESQ. SBN: 60902
   KEVIN E. GILBERT, ESQ. SBN: 209236
2  BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
   1100 Larkspur Landing Circle, Suite 200
3  Larkspur, CA 94939
   Telephone: (415) 464-8888
4  Facsimile:  (415) 464-8887

5  Attorneys for Defendants
   MARY JANE WERNET &
6  MERIDAN CAL COMP

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    RANDALL DEAN RUMERY,              )   No. 04-03718 SBA
11                                    )
              Plaintiff,              )   STIPULATION AND ~~PROPOSED~~ ORDER
12                                    )   DISMISSING PLAINTIFF'S COMPLAINT
        vs.                           )   WITH PREJUDICE
13                                    )
    PETALUMA POLICE DEPARTMENT, et    )
14  al.                               )
                                      )
15            Defendants.             )
                                      )
16  _____  )

17      IT IS HEREBY STIPULATED by and between the parties to this action, through their

18  respective counsel of record, that the above-captioned action is to be hereby dismissed with prejudice

19  pursuant to FRCP 41(a) with each party to bear their own attorneys' fees and costs.

20      IT IS SO STIPULATED.

21  Dated: January 4, 2005              BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD
22
23
                                        By: _____
24                                          KEVIN E. GILBERT
                                            Attorneys for Defendants
25  ///                                     MARY JANE WERNET, MERIDIAN CAL-COMP
26  ///
27  ///
28

- 1 -
STIPULATED ORDER OF DISMISSAL
RUMERY V. PETALUMA POLICE DEPARTMENT, USDC ACTION NO. 04-3718 SBA

1 | Dated: 1/4/05

LAW OFFICES OF RICHARD RUMERY, ESQ.

By: /s/ Richard Rumery
RICHARD RUMERY, ESQ.
Attorney for Plaintiff
RANDALL D. RUMERY

6 | Dated:

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
TRICIA L. STUART, ESQ.
Attorney for Defendants
CITY OF PETALUMA, Et Al.

Good Cause appearing, the Court hereby adopts the stipulation of the parties as an order of this court. The Clerk of the Court is directed to close this file.

UNITED STATES DISTRICT COURT

By: _____
THE HONORABLE SAUNDRA B. ARMSTRONG

F:\DOCS\INTER\6536\P\Stipulated Order of Dismissal.wpd

- 2 -

STIPULATED ORDER OF DISMISSAL
RUMERY V. PETALUMA POLICE DEPARTMENT, USDC ACTION NO. 04-3718 SBA

1 | Dated:                                    LAW OFFICES OF RICHARD RUMERY, ESQ.
2 |
3 |                                           By:_____
4 |                                           RICHARD RUMERY, ESQ.
  |                                           Attorney for Plaintiff
5 |                                           RANDALL D. RUMERY
6 | Dated: January 4, 2005                    MEYERS, NAVE, RIBACK, SILBVER & WILSON
7 |
8 |                                           By: /s/ Tricia L. Stuart
  |                                           TRICIA L. STUART, ESQ.
9 |                                           Attorney for Defendants
  |                                           CITY OF PETALUMA, ET AL.
10 |
11 |   Good Cause appearing, the Court hereby adopts the stipulation of the parties as an order of this
12 | court. The Clerk of the Court is directed to close this file.
13 |                                           UNITED STATES DISTRICT COURT
   | 1-6-05                                    By: /s/ Saundra Brown Armstrong
14 |                                           THE HONORABLE SAUNDRA B. ARMSTRONG
15 | F:\DOCS\INTRR\6536\P\Stipulated Order of Dismissal.wpd

-2-